1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUITLAHUAC ARREOLA and GUADALUPE ARREOLA,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>GREENLIGHT FINANCIAL SERVICES;SPECIALIZED LOAN SERVICING, LLC; DOES 1–20,<br><br>　　　　　　　　　　Defendants. | CASE NO. 09-CV-1536 W (POR)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　　On May 24, 2010, the Court granted Defendant SPECIALIZED LOAN SERVICING, LLC ("SLS")' Motion to Dismiss Plaintiffs CUITLAHUAC ARREOLA and GUADALUPE ARREOLA ("PLAINTIFFS")' First Amended Complaint.  The Court further allowed PLAINTIFFS until June 11, 2010 to file an amended complaint to cure the defects in the First Amended Complaint.  To date, PLAINTIFFS have not filed an amended complaint.

1    As PLAINTIFFS have failed to amend their First Amended Complaint within the
2 time allowed by the Court, and for the reasons explained in SLS' Motion to Dismiss, the
3 Court hereby **DISMISSES THE CASE WITH PREJUDICE**.

4

5    **IT IS SO ORDERED.**

6

7 DATED: July 2, 2010

8

9                                            _____
                                             Hon. Thomas J. Whelan
                                             United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28